Law Offices of George N. Proios, PLLC
Attorneys for Plaintiff
VENUS SHIPPING LTD.
1350 Broadway, Suite 1507
New York, New York 10018-7702
(212) 279-8880

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 8 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VENUS SHIPPING LTD.,

        Plaintiff,

- against -

ASTON AGRO-INDUSTRIAL A.G.,

        Defendant.

07 Civ. 6105 (PAC)

## VOLUNTARY DISMISSAL

No appearance, answer or motion for summary judgment having been made by the defendant herein, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, Venus Shipping Ltd., by its attorneys, Law Offices of George N. Proios, PLLC, voluntarily dismisses this action.

Dated: August 22, 2007
       New York, New York

Law Offices of George N. Proios, PLLC
Attorneys for Plaintiff
VENUS SHIPPING LTD.

By: _____
George N. Proios (GP-9331)
1350 Broadway, Suite 1507
New York, New York  10018-7702
(212) 279-8880

SO ORDERED: AUG 2 8 2007

_____
U.S.D.J.